NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, NV 89101
(702) 388-6336
Kevin.Schiff@usdoj.gov
*Attorneys for the United States*

TELIA MARY U. WILLIAMS
Nevada Bar No. 9359
Law Office of Telia U. Williams
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Phone: 702.835-6866
telia@telialaw.com
*Attorney for Defendant
Christopher Coolidge*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00318-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| CHRISTOPHER KENNETH COOLIDGE, | |
| Defendant. | (Second Request) |

It is hereby stipulated by and between Christopher Kenneth Coolidge, Defendant, by and through his counsel, Telia Mary U. Williams, Esq., and the United States of America, by and through its counsel, Kevin Schiff, Assistant United States Attorney, that the sentencing date in

-1-

the above-captioned matter currently scheduled for December 16, 2020, at the hour of 10:00 a.m., be vacated and continued by ninety (90) days at a date and time convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant, Christopher Coolidge, is continuing her investigation of issues relevant to sentencing, and requires more time to be prepared for Mr. Coolidge's hearing.

2. In addition, although he has already purchased his airline ticket, due to precautions needing to be taken for Covid-19, and the fact that Mr. Coolidge is traveling from out of state, Mr. Coolidge would feel more safe and secure with postponing travel at this time.

3. Mr. Coolidge is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.

4. Counsel for the Government has no objection to the continuance.

5. Denial for this request for continuance would deny defense counsel sufficient time and the opportunity within which to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

6. Accordingly, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

8. This is the second request for a continuance of the sentencing date in this case.

DATED this 7th day of December, 2020.

| LAW OFFICE OF TELIA U. WILLIAMS | UNITED STATES ATTORNEY |
|---|---|
| /s/Telia Mary U. Williams | /s/ Kevin Schiff |
| Telia Mary U. Williams, Esq. | Kevin Schiff, Esq. |
| 10161 Park Run Drive | Assistant United States Attorney |
| Suite 150 | 501 Las Vegas Boulevard South. #1100 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER KENNETH COOLIDGE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for defendant, Christopher Coolidge, is continuing her investigation of issues relevant to sentencing, and requires more time to be prepared for Mr. Coolidge's hearing.

2. In addition, although he has already purchased his airline ticket, due to precautions needing to be taken for Covid-19, and the fact that Mr. Coolidge is traveling from out of state, Mr. Coolidge would feel more safe and secure with postponing travel at this time

3. Mr. Coolidge is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.

4. Counsel for the Government has no objection to the continuance.

5. Accordingly, denial of this request for continuance would result in a miscarriage of justice.

6. Accordingly, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

8. This is the second request for a continuance of the sentencing date in this case.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant, Christopher Coolidge, the opportunity to have his counsel adequately prepared for his sentencing.

As such, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for December 16, 2020 at 10:00am, be continued to the _31st_ day of __March___, 2021, at _11:00_ am

DATED: December 9, 2020.

_____
UNITED STATES DISTRICT JUDGE