CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, NV 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States*

TELIA MARY U. WILLIAMS
Nevada Bar No. 9359
Law Office of Telia U. Williams
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Phone: 702.835-6866
telia@telialaw.com
*Attorney for Defendant*
*Christopher Coolidge*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE SENTENCING** |
| | ) | |
| CHRISTOPHER KENNETH COOLIDGE, | ) | |
| | ) | |
| | ) | (Fifth Request) |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between Christopher Kenneth Coolidge, Defendant, by and

through his counsel, Telia Mary U. Williams, Esq., and the United States of America, by and

through its counsel, Melanee Smith, Assistant United States Attorney, that the sentencing date in

the above-captioned matter currently scheduled for November 3, 2021, at the hour of 10:00 a.m., be vacated and continued for ninety (90) days at a date and time convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant, Christopher Coolidge, is representing a different criminal defendant (a cooperating Government witness) in a three (3)-week federal trial in Reno, Nevada, that begins on October 25, 2021. The defendant in that case is scheduled to testify during the first week of trial, but is subject to being subpoenaed for any time throughout the three-week period, including in rebuttal. This would overlap with the November 3, 2021 date for the sentencing for the defendant in this case.

2. In addition, counsel for Mr. Coolidge needs more time to adequately prepare for this sentencing. She has not, in her estimation, been able to confer adequately with the Defendant for sentencing because she had four (4) back-to-back trials this year, from late April until June, followed by vigorous post-trial motion practice and related proceedings that persisted until the beginning of this month. This unusually burdensome schedule has made preparing Mr. Coolidge for his sentencing extremely difficult, especially because he works and lives out of state.

3. Mr. Coolidge is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.

4. Counsel for the Government has no objection to the continuance.

5. Denial of this request for continuance would potentially require defense counsel to participate in the sentencing by videoconference, or otherwise be conflicted by another federal trial, and would deny counsel sufficient time and the opportunity within which to effectively and thoroughly prepare for sentencing.

6. Accordingly, denial of this request for continuance would result in a miscarriage

of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a

   continuance of the sentencing date.

8. This is the fifth request for a continuance of the sentencing date in this case.

DATED this 25th day of October, 2021.

LAW OFFICE OF TELIA U. WILLIAMS    UNITED STATES ATTORNEY


/s/Telia Mary U. Williams            /s/ Melanee Smith
Telia Mary U. Williams, Esq.         Melanee Smith, Esq.
10161 Park Run Drive                 Assistant United States Attorney
Suite 150                            501 Las Vegas Boulevard South. #1100
Las Vegas, Nevada 89145              Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER KENNETH COOLIDGE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>FINDINGS OF FACT</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the

Court finds:

1.  Counsel for the defendant, Christopher Coolidge, is representing a different

    criminal defendant (a cooperating Government witness) in a three (3)-week

    federal trial in Reno, Nevada, that begins on October 25, 2021.  The defendant in

    that case is scheduled to testify during the first week of trial, but is subject to

    being subpoenaed for any time throughout the three-week period, including in

    rebuttal.  This would overlap with the November 3, 2021 date for the sentencing

    for the defendant in this case.

2.  In addition, counsel for Mr. Coolidge needs more time to adequately prepare for

    this sentencing.  She has not, in her own estimation, been able to confer

    adequately with the Defendant for sentencing because she had four (4) back-to-

    back trials this year, from late April until June, followed by vigorous post-trial

    motion practice and related proceedings that persisted until the beginning of this

    month.  This unusually burdensome schedule has made preparing Mr. Coolidge

    for his sentencing extremely difficult, especially because he works and lives out

of state.

3.  The Defendant is currently out of custody on Pretrial Release in the State of Washington.  He does not object to the continuance.

4.  Counsel for the Government has no objection to the continuance.

5.  Denial of this request for continuance would potentially require defense counsel to participate in the sentencing by videoconference, or otherwise be conflicted by another federal trial, and would deny counsel sufficient time and the opportunity within which to effectively and thoroughly prepare for sentencing.

6.  Accordingly, denial of this request for continuance would result in a miscarriage of justice.

7.  For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

### CONCLUSIONS OF LAW

Denial of this request for continuance could deny the defendant, Christopher Coolidge, the opportunity to have his counsel be able to appear for the sentencing, and to adequately prepare him for his sentencing.

As such, denial of this request for continuance could result in a miscarriage of justice.

### ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for November 3, 2021, at 10:00am, be continued to the 9th day of February, 2022, at 10:30 a.m. in courtroom 6A.

DATED October 29, 2021.

UNITED STATES DISTRICT JUDGE