CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, NV 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States*

TELIA MARY U. WILLIAMS
Nevada Bar No. 9359
Law Office of Telia U. Williams
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Phone: 702.835-6866
telia@telialaw.com
*Attorney for Defendant*
*Christopher Coolidge*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE SENTENCING** |
| | ) | |
| CHRISTOPHER KENNETH COOLIDGE, | ) | |
| | ) | |
| | ) | (Sixth Request) |
| Defendant. | ) | |

It is hereby stipulated by and between Christopher Kenneth Coolidge, Defendant, by and through his counsel, Telia Mary U. Williams, Esq., and the United States of America, by and through its counsel, Melanee Smith, Assistant United States Attorney, that the sentencing date in

the above-captioned matter currently scheduled for February 9, 2022, at the hour of 10:30 a.m., be vacated and continued by ninety (90) days at a date and time convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant needs more time to adequately prepare for sentencing. She has not been able to confer sufficiently with the Defendant for sentencing because she had a death in the family and its currently helping the family with the estate. This unusually burdensome schedule has made preparing the Defendant for his sentencing extremely difficult, especially because the Defendant lives out of state.

2. In addition, Counsel would like to take the time to research more of the Defendant's background, and several new appellate cases that may bear on his sentence in this case.

3. The Defendant is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.

4. Counsel for the Government has no objection to the continuance.

5. Denial for this request for continuance would deny defense counsel sufficient time and the opportunity within which to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

6. Accordingly, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

/ / /

/ / /

8. This is the sixth request for a continuance of the sentencing date in this case.

DATED this 1st day of February, 2022.

| LAW OFFICE OF TELIA U. WILLIAMS | UNITED STATES ATTORNEY |
|---|---|
| /s/Telia Mary U. Williams | /s/ Melanee Smith |
| Telia Mary U. Williams, Esq. | Melanee Smith, Esq. |
| 10161 Park Run Drive | Assistant United States Attorney |
| Suite 150 | 501 Las Vegas Boulevard South. #1100 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER KENNETH COOLIDGE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for the Defendant needs more time to adequately prepare for sentencing. She has not been able to confer sufficiently with the Defendant for sentencing because she had a death in the family and its currently helping the family with the estate. This unusually burdensome schedule has made preparing the Defendant for his sentencing extremely difficult, especially because the Defendant lives out of state.

2. In addition, Counsel would like to take the time to research more of the Defendant's background, and several new appellate cases that may bear on his sentence in this case.

3. The Defendant is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.

4. Counsel for the Government has no objection to the continuance.

5. Denial for this request for continuance would deny defense counsel sufficient time and the opportunity within which to effectively and thoroughly prepare for

sentencing, taking into account the exercise of due diligence.

6. Accordingly, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

8. This is the sixth request for a continuance of the sentencing date in this case.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant, Christopher Coolidge, the opportunity to have his counsel adequately prepared for his sentencing.

As such, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for February 9, 2022 at 10:30am, be continued to the **25th day of May, 2022, at 10:00 a.m.**

DATED February 2, 2022.

_____
UNITED STATES DISTRICT JUDGE