JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, NV 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States*

TELIA MARY U. WILLIAMS
Nevada Bar No. 9359
Law Office of Telia U. Williams
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Phone: 702.835-6866
telia@telialaw.com
*Attorney for Defendant*
*Christopher Coolidge*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE SENTENCING** |
| | ) | |
| CHRISTOPHER KENNETH COOLIDGE, | ) | |
| | ) | (Seventh Request) |
| Defendant. | ) | |

It is hereby stipulated by and between Christopher Kenneth Coolidge, Defendant, by and through his counsel, Telia Mary U. Williams, Esq., and the United States of America, by and through its counsel, Melanee Smith, Assistant United States Attorney, that the sentencing date in

-1-

the above-captioned matter currently scheduled for May 25, 2022, at the hour of 10:00 a.m., be vacated and continued by forty-five (45) days at a date and time convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The Defendant, who is indigent and has to support a minor child, has had suddenly to take over greater financial responsibilities and payment for a house due to a family member, who was heretofore providing substantial financial support and assisting with child care, moving out. The Defendant has been on pre-trial release in the area of Seattle, Washington, where he has lived and worked during the pendency of this case. He is in good stead on pre-trial release, and has been for greater than two years.

2. Mr. Coolidge has returned twice to the area from Washington for hearings before this court; and he has never missed a court date. And Mr. Coolidge planned and expected to be able to do so for his sentencing scheduled for next week, as well. But with the short notice of his needing to afford a greater sum than he had planned to pay for his and his family's childcare and housing, he requires a short continuance in which to shore up funds that he could not leave aside for the trip next week due to the change in his circumstances (which were beyond his control), and to prepare to leave his child under other arrangements. He has taken the time to assess his situation, and with the assistance of counsel has determined that a 45-day continuance would give him the time he needs to make his court appearance and not cause himself or his family undue hardship, especially as he could be facing a prison sentence and has a minor child for whom he may be the sole support.

3. The Defendant is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.

4. Counsel for the Government has no objection to the continuance.

5. Denial for this request for continuance could deny the defendant, who has been perfectly compliant and cooperative with his pre-trial release and in assisting in his own defense, the opportunity to be present at his sentencing hearing in person and under his own volition, as he had expected and has shown himself to be responsible to do, and furthermore subject him to an unnecessary and undue hardship.

6. Accordingly, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

8. This is the seventh request for a continuance of the sentencing date in this case. Prior requests were not due to the individual defendant's request, but due to his counsel needing one, and/or due to the previous situation involving the Covid-19 pandemic.

DATED this 18th day of May, 2022.

| LAW OFFICE OF TELIA U. WILLIAMS | UNITED STATES ATTORNEY |
|---|---|
| /s/Telia Mary U. Williams | /s/ Melanee Smith |
| Telia Mary U. Williams, Esq. | Melanee Smith, Esq. |
| 10161 Park Run Drive | Assistant United States Attorney |
| Suite 150 | 501 Las Vegas Boulevard South. #1100 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:18-CR-00318-JCM-DJA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CHRISTOPHER KENNETH COOLIDGE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The Defendant, who is indigent and has to support a minor child, has had suddenly to take over greater financial responsibilities due to losing the support of a family member without previous notice.

2. The Defendant has been on pre-trial release in the area of Seattle, Washington, where he has lived and worked during the pendency of this case. He is in good stead on pre-trial release, and has been so since the inception, for greater than two years. The Defendant has not previously requested a continuance for his own personal concerns (as opposed to that of his counsel). He has made all prior court appearances, including ones in which he has had to arrange and pay for his own travel to the jurisdiction from out of state.

3. In addition, the Defendant would face a hardship that would impact his family, in particular, a minor child for whom it may be difficult for him to arrange for care with the abrupt change in his circumstances.

4. The Defendant is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.

-4-

5. Counsel for the Government has no objection to the continuance.

6. Denial for this request for continuance would place an undue burden on the Defendant who desires to attend his sentencing hearing in person and under his own volition.

7. Accordingly, denial of this request for continuance would result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would best be served by a 45-day continuance of the sentencing date.

9. This is the seventh request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the defendant, Christopher Coolidge, the opportunity to attend his sentencing hearing in person.

As such, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for May 25, 2022 at 10:00am, be continued to **July 13, 2022, at 11:00 a.m.**

DATED May 20, 2022.

_____
UNITED STATES DISTRICT JUDGE