JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Melanee.Smith@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>CHRISTOPHER KENNETH COOLIDGE,<br><br>          Defendant. | Case No. 2:18-cr-318-JCM-DJA<br><br>**Eighth Stipulation to Continue Sentencing Hearing** |

IT IS HEREBY STIPULATED AND AGREED, by and through Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and defendant Christopher Kenneth Coolidge, by and through his counsel of record, Telia Mary U. Williams, Esq., that the sentencing hearing currently scheduled for currently set for Wednesday, July 13, 2022 at 11:30 a.m. be vacated and continued to a date and time convenient to the Court during the week of November 23-November 30, 2022.

This Stipulation is entered into for the following reasons:

1.     Counsel for the parties require additional time to address issues raised in the sentencing memoranda.

1

2. Defendant Coolidge is on Pretrial Release in the State of Washington. He does not object to the continuance.

3. Counsel for the United States has no objection to the continuance.

4. Defendant Coolidge waives any right he may have to a speedy sentencing in this matter.

5. This is the eighth request for a continuance of the sentencing hearing.

<u>Relief Requested</u>

For the reasons stated above, the parties request that this Honorable Court vacate the sentencing hearing in this matter currently set for Wednesday, July 13, 2022, at 11:30 a.m. be vacated and continued to a date and time convenient to the Court during the week of November 21, 2022. A proposed order is attached.

Respectfully submitted this July 12, 2022.

| Counsel for Christopher Kenneth Coolidge | Counsel for the United States of America<br>JASON M. FRIERSON<br>United States Attorney |
|---|---|
| _____//s//_____<br>TELIA MARY U. WILLIAMS, Esq.<br>Telia Law | _____//s//_____<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER KENNETH COOLIDGE,<br><br>Defendant. | Case No. 2:18-cr-318-JCM-DJA<br><br>**ORDER to Continue Sentencing Hearing** |

ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the sentencing hearing currently scheduled for Wednesday, July 13, 2022, at 11:30 a.m. is hereby vacated and continued to **November 30, 2022, at 10:00 a.m. in 6A.**

IT IS SO ORDERED July 12, 2022.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE