JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, NV 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States*

TELIA MARY U. WILLIAMS
Nevada Bar No. 9359
Law Office of Telia U. Williams
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Phone: 702.835-6866
telia@telialaw.com
*Attorney for Defendant*
*Christopher Coolidge*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00318-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| CHRISTOPHER KENNETH COOLIDGE, | |
| Defendant. | (Eighth Request) |

    It is hereby stipulated by and between Christopher Kenneth Coolidge, Defendant, by and through his counsel, Telia Mary U. Williams, Esq., and the United States of America, by and through its counsel, Melanee Smith, Assistant United States Attorney, that the sentencing date in

-1-

the above-captioned matter currently scheduled for December 1, 2022, at the hour of 10:00 a.m., be vacated and continued by as near as possible to thirty (30) days from the date of this stipulation, to a date and time convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Defendant's counsel has had a family emergency and cannot reasonably attend nor prepare for the hearing, and is currently out of the jurisdiction.
2. The Defendant is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.
3. Counsel for the Government has no objection to the continuance.
4. Denial for this request for continuance could deny the Defendant the effective assistance of counsel.
5. Accordingly, denial of this request for continuance would result in a miscarriage of justice.
6. For all the above-stated reasons, the ends of justice would best be served by a 30-day continuance of the sentencing date.
7. This is the eighth request for a continuance of the sentencing date in this case. Prior continuance requests primarily resulted from the need to accommodate complications resulting from the previous Covid-19 pandemic, as well as, issues with travel, as the Defendant currently resides out of state.

DATED this 28th day of November, 2022.

LAW OFFICE OF TELIA U. WILLIAMS          UNITED STATES ATTORNEY

/s/Telia Mary U. Williams                /s/ Melanee Smith
Telia Mary U. Williams, Esq.             Melanee Smith, Esq.
10161 Park Run Drive                     Assistant United States Attorney
Suite 150                                501 Las Vegas Boulevard South. #1100
Las Vegas, Nevada 89145                  Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER KENNETH COOLIDGE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defendant's counsel has a family emergency and cannot reasonably attend nor prepare for the hearing, and is currently out of the jurisdiction.

2. The Defendant is currently out of custody on Pretrial Release in the State of Washington. He does not object to the continuance.

3. Counsel for the Government has no objection to the continuance.

4. Denial for this request for continuance could deny the Defendant the effective assistance of counsel.

5. Accordingly, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a 30-day continuance of the sentencing date.

7. This is the eighth request for a continuance of the sentencing date in this case. Prior continuance requests primarily resulted from the need to accommodate complications resulting from the previous Covid-19 pandemic, as well as, issues with travel, as the Defendant currently resides out of state.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant, Christopher Coolidge, to have the effective assistance of his counsel.

As such, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for December 1, 2022 at 10:00am, be continued to **January 27, 2023, at 11:00 a.m.**

DATED November 29, 2022.

_____
UNITED STATES DISTRICT JUDGE