# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>                   Plaintiff,<br><br>        v.<br><br>Christopher Kenneth Coolidge,<br><br>                   Defendant. | Case No. 2:18-cr-00318-JCM-DJA<br><br>**Order** |

Defendant Christopher Kenneth Coolidge is serving a twelve-month, one day sentence for conspiracy to distribute a controlled substance. Coolidge moves this court to send him copies of the docket, indictment, plea agreement, and judgment of commitment.[1] An inmate has no constitutional right to free photocopying.[2] A prisoner-litigant who wants copies of electronically filed documents from the court must pay $0.50 per page to receive them.[3] However, the Court notes that Coolidge is represented by counsel. Because the Court does not provide free copies of documents in the docket, and because Coolidge is represented by counsel, IT IS HEREBY ORDERED that Coolidge's motion for copies **[ECF No. 122] is DENIED**. Coolidge should reach out to his attorney for further assistance.

DATED: June 26, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] ECF No. 122.

[2] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[3] Nev. Local Rule IC 1-1(i)(5); 28 U.S.C. § 1914.